NUMBER 13-03-547-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_________________________________________________________


IN THE INTEREST OF 

T.A.H., K.W.S.H., E.C.R.H., AND S.D.H., CHILDREN

_________________________________________________________


On appeal from the 130th District Court


of Matagorda County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Castillo, and Garza


Opinion Per Curiam


 Appellant, Kim Hallman, perfected an appeal from a judgment entered by the
130th District Court of Matagorda County, Texas, in cause number 02-E-0137-C. 
After the clerk's record was received, the parties filed an agreed motion for voluntary
dismissal of appeal. The parties request that this Court dismiss the appeal.

 The Court, having considered the documents on file and the agreed motion for
voluntary dismissal of appeal, is of the opinion that the motion should be granted. The
agreed motion for voluntary dismissal of appeal is granted, and the appeal is hereby
DISMISSED.

 PER CURIAM


Opinion delivered and filed this

the 26th day of November, 2003.